389 A.2d 685

Commonwealth v. Welch, Appellant.

Submitted June 13, 1977. Kenneth D. Brown, Assistant Public Defender, and Gregory V. Smith, Chief Public Defender, for appellant; Robert F. Banks, First Assistant District Attorney, and William S. Kieser, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.